IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH P. HARRIS, et al.** | § | **PLAINTIFFS** |
| | § | |
| **V.** | § | **Civil No.1:04cv598HSO-RHW** |
| | § | |
| **BRUSH WELLMAN INC., et al.** | § | **DEFENDANTS** |

## JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [69] and Cross-Motion to Reconsider Summary Judgment as to Plaintiff Marlin Moran [121], filed by Defendants in the above-named cause.  The Court, after full review and consideration of Defendants' Motion and Cross-Motion, Plaintiffs' Responses, Defendants' Rebuttals, the pleadings on file and the relevant legal authorities, finds that in accord with its Order and Reasons entered on October 30, 2007, as well as its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants pursuant to FED. R. CIV. P. 56 on all claims raised by Plaintiffs in this civil action.  Accordingly, this civil action is hereby dismissed with prejudice.  All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED,** this the 27th day of November, 2007.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE